UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re:

NADIA LEAL and
ARNULFO LEAL                                          Bankruptcy Case No. 10-14965

        Debtor,                                     Adversary Proceeding No. 11-80234

_____/

KELLY M. HAGAN,

        Plaintiff,                                  Case No. 1:11-cv-883

v.                                                    Hon. Janet T. Neff

NAVY FEDERAL CREDIT UNION,

        Defendant.

_____/

### ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation (Dkt 1) filed by the United States Bankruptcy Judge in this action regarding Plaintiff's Motion for Entry of a Default Judgment against Defendant.  No objections have been filed.  Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Bankruptcy Judge, filed August 22, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that a judgment shall enter in favor of Plaintiff against Defendant for the reasons stated in the Report and Recommendation.

Dated:  September 13, 2011                      /s/Janet T. Neff_____
                                               JANET T. NEFF
                                               UNITED STATES DISTRICT JUDGE